**Order entered February 27, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01124-CR

### JAIME FALFAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F-1271690-X**

## ORDER

The State's brief in this case was due to this Court on January 26, 2014. The State had previously requested and received an extension of time to file this brief. Although counsel asserts that this case has not yet been set for submission, the case is set for submission at 9:00 A.M. on May 27, 2014. This information was sent to counsel by message dated January 29, 2014. Nevertheless, the Court **GRANTS** the state's February 25, 2014 second motion for extension of time to file state's brief.

We **ORDER** the Clerk of Court to file the state's brief as of the date of this order.

/s/     DOUGLAS S. LANG
          JUSTICE